```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    **v.**                                                    Case No. 10-cr-29-PB

<u>Luis Santiago</u>


**O R D E R**

The government has moved to reconsider the court's denial of defendant's motion to continue the September 8, 2010 trial, citing active plea negotiations and the need for additional time to resolve the case.  Counsel for defendant does not object to a continuance of the trial date.

Accordingly, for the reasons set forth in the government's motion, the court will continue the trial from September 8, 2010 to October 5, 2010.  The government's request is otherwise denied.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 30, 2010 final pretrial conference is continued to September 28, 2010 at 2:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 4, 2010

cc: William Sullivan, Esq.
    Jennifer C. Davis, Esq.
    United States Probation
    United States Marshal